UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMES KIM a/k/a Jin Woo Kim, individually and on  :
behalf all other employees similarly situated,              :          25-cv-1313 (LKE)
                                                                        :
                            Plaintiff,                      :
                                                                        :          **ANSWER TO**
             -against-                                      :          **COMPLAINT**
                                                                        :
CNL EXPRESS NY INC. d/b/a C&L Express d/b/a    :
CNL Express d/b/a Mega Air Express a/k/a CNL    :
Express US a/k/a CNL Express East, YOUNGGUANG:
PEI, and SAMUEL BAE,                                         :
                                                                        :
                            Defendants.                     :
-------------------------------------------------------------------X

Defendants CNL EXPRESS NY INC. d/b/a C&L Express d/b/a CNL EXPRESS d/b/a

Mega Air Express a/k/a CNL Express US a/k/a CNL Express East, Youngguang Pei, and Samuel

Bae (collectively "Defendants"), by their attorneys Bell Law Group, PLLC, hereby answer

Plaintiff's Complaint (the "Complaint") as follows:

1.      Defendants deny each and every allegation as set forth in Paragraph "1" of the

Complaint.

2.      Defendants deny each and every allegation as set forth in Paragraph "2" of the

Complaint.

3.      Defendants deny each and every allegation as set forth in Paragraph "3" of the

Complaint.

4.      The allegations contained in Paragraph "4" of the Complaint call for a legal

conclusion and no response is required.  To the extent that a response is required, Defendants deny

each and every allegation contained therein and respectfully refers all questions of law to the Court

for adjudication.

5. Defendants deny each and every allegation as set forth in Paragraph "5" of the Complaint.

6. The allegations contained in Paragraph "6" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

7. Defendants deny each and every allegation as set forth in Paragraph "7" of the Complaint.

8. Defendants deny each and every allegation as set forth in Paragraph "8" of the Complaint.

9. Defendants deny each and every allegation as set forth in Paragraph "9" of the Complaint.

10. The allegations contained in Paragraph "10" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

11. The allegations contained in Paragraph "11" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

12. The allegations contained in Paragraph "12" of the Complaint call for a legal

conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

13.  The allegations contained in Paragraph "13" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

14.  Defendants deny each and every allegation as set forth in Paragraph "14" of the Complaint.

15.  Defendants deny each and every allegation as set forth in Paragraph "15" of the Complaint.

16.  Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "16" of the Complaint.

17.  Defendants deny each and every allegation as set forth in Paragraph "17" of the Complaint.

18.  Defendants admit the allegations as set forth in Paragraph "18" of the Complaint.

19.  Defendants deny each and every allegation as set forth in Paragraph "19" of the Complaint.

20.  Defendants deny each and every allegation as set forth in Paragraph "20" of the Complaint.

21.  Defendants deny each and every allegation as set forth in Paragraph "21" of the Complaint.

22.  Defendants deny each and every allegation as set forth in Paragraph "22" of the

Complaint.

23. Defendants deny each and every allegation as set forth in Paragraph "23" of the Complaint.

24. Defendants deny each and every allegation as set forth in Paragraph "24" of the Complaint.

25. Defendants deny each and every allegation as set forth in Paragraph "25" of the Complaint.

26. Defendants deny each and every allegation as set forth in Paragraph "26" of the Complaint.

27. Defendants deny each and every allegation as set forth in Paragraph "27" of the Complaint.

28. Defendants deny each and every allegation as set forth in Paragraph "28" of the Complaint.

29. Defendants deny each and every allegation as set forth in Paragraph "29" of the Complaint.

30. Defendants deny each and every allegation as set forth in Paragraph "30" of the Complaint.

31. Defendants deny each and every allegation as set forth in Paragraph "31" of the Complaint.

32. The allegations contained in Paragraph "32" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

4

33.    The allegations contained in Paragraph "33" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

34.    Defendants deny each and every allegation as set forth in Paragraph "34" of the Complaint.

35.    Defendants deny each and every allegation as set forth in Paragraph "35" of the Complaint.

36.    Defendants deny each and every allegation as set forth in Paragraph "36" of the Complaint.

37.    Defendants deny each and every allegation as set forth in Paragraph "37" of the Complaint.

38.    Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "38" of the Complaint.

39.    Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "39" of the Complaint.

40.    Defendants deny each and every allegation as set forth in Paragraph "40" of the Complaint.

41.    Defendants deny each and every allegation as set forth in Paragraph "41" of the Complaint.

42.    Defendants deny each and every allegation as set forth in Paragraph "42" of the Complaint.

43.    Defendants deny each and every allegation as set forth in Paragraph "43" of the

Complaint.

44.   Defendants deny each and every allegation as set forth in Paragraph "44" of the Complaint.

45.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "45" of the Complaint.

46.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "46" of the Complaint.

47.   Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "47" of the Complaint.

48.   Defendants deny each and every allegation as set forth in Paragraph "48" of the Complaint.

49.   Defendants deny each and every allegation as set forth in Paragraph "49" of the Complaint.

50.   The allegations contained in Paragraph "50" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

51.   The allegations contained in Paragraph "51" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

52.   Defendants deny each and every allegation as set forth in Paragraph "52" of the Complaint.

53. The allegations contained in Paragraph "53" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

54. Defendants deny each and every allegation as set forth in Paragraph "54" of the Complaint.

55. The allegations contained in Paragraph "55" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

56. Defendants deny each and every allegation as set forth in Paragraph "56" of the Complaint.

57. The allegations contained in Paragraph "57" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

58. The allegations contained in Paragraph "58" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

59. Defendants deny each and every allegation as set forth in Paragraph "59" of the Complaint.

60. The allegations contained in Paragraph "60" of the Complaint call for a legal

conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

61.   Defendants deny each and every allegation as set forth in Paragraph "61" of the Complaint.

62.   Defendants deny each and every allegation as set forth in Paragraph "62" of the Complaint.

63.   Defendants deny each and every allegation as set forth in Paragraph "63" of the Complaint.

64.   Defendants deny each and every allegation as set forth in Paragraph "64" of the Complaint.

65.   Defendants deny each and every allegation as set forth in Paragraph "65" of the Complaint.

66.   Defendants deny each and every allegation as set forth in Paragraph "66" of the Complaint.

67.   Defendants deny each and every allegation as set forth in Paragraph "67" of the Complaint.

68.   Defendants deny each and every allegation as set forth in Paragraph "68" of the Complaint.

69.   Defendants deny each and every allegation as set forth in Paragraph "69" of the Complaint.

70.   Defendants deny each and every allegation as set forth in Paragraph "70" of the Complaint.

71. Defendants deny each and every allegation as set forth in Paragraph "71" of the Complaint.

72. Defendants deny each and every allegation as set forth in Paragraph "72" of the Complaint.

73. Defendants deny each and every allegation as set forth in Paragraph "73" of the Complaint.

74. Defendants deny each and every allegation as set forth in Paragraph "74" of the Complaint.

75. Defendants deny each and every allegation as set forth in Paragraph "75" of the Complaint.

76. Defendants deny each and every allegation as set forth in Paragraph "76" of the Complaint.

77. Defendants deny each and every allegation as set forth in Paragraph "77" of the Complaint.

78. Defendants deny each and every allegation as set forth in Paragraph "78" of the Complaint.

79. Defendants deny each and every allegation as set forth in Paragraph "79" of the Complaint.

80. Defendants deny each and every allegation as set forth in Paragraph "80" of the Complaint.

81. Defendants deny each and every allegation as set forth in Paragraph "81" of the Complaint.

82. Defendants deny each and every allegation as set forth in Paragraph "82" of the

Complaint.

83. Defendants deny each and every allegation as set forth in Paragraph "83" of the Complaint.

84. Defendants deny each and every allegation as set forth in Paragraph "84" of the Complaint.

85. Defendants deny each and every allegation as set forth in Paragraph "85" of the Complaint.

86. Defendants deny each and every allegation as set forth in Paragraph "86" of the Complaint.

87. Defendants deny each and every allegation as set forth in Paragraph "87" of the Complaint.

88. Defendants deny each and every allegation as set forth in Paragraph "88" of the Complaint.

89. Defendants deny each and every allegation as set forth in Paragraph "89" of the Complaint.

90. Defendants deny each and every allegation as set forth in Paragraph "90" of the Complaint.

91. Defendants deny each and every allegation as set forth in Paragraph "91" of the Complaint.

92. Defendants deny each and every allegation as set forth in Paragraph "92" of the Complaint.

93. Defendants deny each and every allegation as set forth in Paragraph "93" of the Complaint.

94. Defendants deny each and every allegation as set forth in Paragraph "94" of the Complaint.

95. Defendants deny each and every allegation as set forth in Paragraph "95" of the Complaint.

96. Defendants deny each and every allegation as set forth in Paragraph "96" of the Complaint.

97. Defendants deny each and every allegation as set forth in Paragraph "97" of the Complaint.

98. Defendants deny each and every allegation as set forth in Paragraph "98" of the Complaint.

99. Defendants deny each and every allegation as set forth in Paragraph "99" of the Complaint.

100. Defendants deny each and every allegation as set forth in Paragraph "100" of the Complaint.

101. Defendants deny each and every allegation as set forth in Paragraph "101" of the Complaint.

102. Defendants deny each and every allegation as set forth in Paragraph "102" of the Complaint.

103. Defendants deny each and every allegation as set forth in Paragraph "103" of the Complaint.

104. Defendants deny each and every allegation as set forth in Paragraph "104" of the Complaint.

105. Defendants deny each and every allegation as set forth in Paragraph "105" of the

Complaint.

106. The allegations contained in Paragraph "106" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

107. The allegations contained in Paragraph "107" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

108. Defendants deny each and every allegation as set forth in Paragraph "108" of the Complaint.

109. Defendants deny each and every allegation as set forth in Paragraph "109" of the Complaint.

110. Defendants deny each and every allegation as set forth in Paragraph "110" of the Complaint.

111. Defendants deny each and every allegation as set forth in Paragraph "111" of the Complaint.

112. Defendants deny each and every allegation as set forth in Paragraph "112" of the Complaint.

113. Defendants deny each and every allegation as set forth in Paragraph "113" of the Complaint.

114. Defendants deny each and every allegation as set forth in Paragraph "114" of the Complaint.

115. Defendants deny each and every allegation as set forth in Paragraph "115" of the Complaint.

116. Defendants deny each and every allegation as set forth in Paragraph "116" of the Complaint.

117. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "117" of the Complaint.

118. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "118" of the Complaint.

119. Defendants deny each and every allegation as set forth in Paragraph "119" of the Complaint.

120. Defendants deny each and every allegation as set forth in Paragraph "120" of the Complaint.

121. Defendants deny each and every allegation as set forth in Paragraph "121" of the Complaint.

122. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "122" of the Complaint.

123. Defendants deny each and every allegation as set forth in Paragraph "123" of the Complaint.

124. Defendants deny each and every allegation as set forth in Paragraph "124" of the Complaint.

125. Defendants deny each and every allegation as set forth in Paragraph "125" of the Complaint.

126. Defendants deny each and every allegation as set forth in Paragraph "126" of the

Complaint.

127. Defendants deny each and every allegation as set forth in Paragraph "127" of the Complaint.

128. The allegations contained in Paragraph "128" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

129. Defendants deny each and every allegation as set forth in Paragraph "129" of the Complaint.

130. The allegations contained in Paragraph "130" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

**AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT I**

131. In response to Paragraph "131" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "130" as though fully set forth herein.

132. The allegations contained in Paragraph "132" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

133. The allegations contained in Paragraph "133" of the Complaint call for a legal

conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

134. Defendants deny each and every allegation as set forth in Paragraph "134" of the Complaint.

135. Defendants deny each and every allegation as set forth in Paragraph "135" of the Complaint.

136. Defendants deny each and every allegation as set forth in Paragraph "136" of the Complaint.

137. The allegations contained in Paragraph "137" of the Complaint call for a legal conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

138. Defendants deny each and every allegation as set forth in Paragraph "138" of the Complaint.

## AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT II

139. In response to Paragraph "139" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "138" as though fully set forth herein.

140. Defendants deny each and every allegation as set forth in Paragraph "140" of the Complaint.

141. The allegations contained in Paragraph "141" of the Complaint call for a legal

15

conclusion and no response is required.  To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

142. Defendants deny each and every allegation as set forth in Paragraph "142" of the Complaint.

143. Defendants deny each and every allegation as set forth in Paragraph "143" of the Complaint.

144. Defendants deny each and every allegation as set forth in Paragraph "144" of the Complaint.

**AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT III**

145. In response to Paragraph "145" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "144" as though fully set forth herein.

146. Defendants deny each and every allegation as set forth in Paragraph "146" of the Complaint.

147. Defendants deny each and every allegation as set forth in Paragraph "147" of the Complaint.

148. Defendants deny each and every allegation as set forth in Paragraph "148" of the Complaint.

149. Defendants deny each and every allegation as set forth in Paragraph "149" of the Complaint.

**AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT IV**

150. In response to Paragraph "150" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "149" as though fully set forth herein.

16

151. Defendants deny each and every allegation as set forth in Paragraph "151" of the Complaint.

152. Defendants deny each and every allegation as set forth in Paragraph "152" of the Complaint.

153. Defendants deny each and every allegation as set forth in Paragraph "153" of the Complaint.

## AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT V

154. In response to Paragraph "154" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "153" as though fully set forth herein.

155. Defendants deny each and every allegation as set forth in Paragraph "155" of the Complaint.

156. Defendants deny each and every allegation as set forth in Paragraph "156" of the Complaint.

157. Defendants deny each and every allegation as set forth in Paragraph "157" of the Complaint.

## AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT VI

158. In response to Paragraph "158" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "157" as though fully set forth herein.

159. Defendants deny each and every allegation as set forth in Paragraph "159" of the Complaint.

160. Defendants deny each and every allegation as set forth in Paragraph "160" of the Complaint.

161. Defendants deny each and every allegation as set forth in Paragraph "161" of the

Complaint.

## AS AND FOR AN ANSWER TO PLAINTIFF'S COUNT VII

162. In response to Paragraph "162" of the Complaint, Defendants repeat each admission or denial contained in Paragraphs "1" through "161" as though fully set forth herein.

163. The allegations contained in Paragraph "163" of the Complaint call for a legal conclusion and no response is required. To the extent that a response is required, Defendants deny each and every allegation contained therein and respectfully refers all questions of law to the Court for adjudication.

164. Defendants deny each and every allegation as set forth in Paragraph "164" of the Complaint.

165. Defendants deny each and every allegation as set forth in Paragraph "165" of the Complaint.

166. Defendants deny each and every allegation as set forth in Paragraph "166" of the Complaint.

167. Defendants deny each and every allegation as set forth in Paragraph "167" of the Complaint.

168. Defendants deny each and every allegation as set forth in Paragraph "168" of the Complaint.

169. Defendants deny each and every allegation and claim for relief as set forth in the **"WHEREFORE"** clauses of the Complaint, paragraphs "(a" – "(q."

## AFFIRMATIVE DEFENSES

Defendants state the following Affirmative Defenses to the Complaint:

1. The Complaint, in whole or in part, fails to state a claim upon which relief

can be granted as a matter of fact and/or law.

2.    The Court lacks subject matter jurisdiction over the claims between the parties.

3.    Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

4.    Plaintiff's Complaint must be dismissed based upon documentary evidence.

5.    Defendants' employment policies and practices conform to the wage and notice requirements of all applicable Federal and State laws, including but not limited to, the FLSA and NYLL.

6.    The Complaint does not meet the FLSA and NYLL standard for such claims as set forth by Plaintiff.

7.    Plaintiff does not allege the type of willful conduct that would warrant an award of liquidated damages.

8.    Plaintiff is subject to one or more of the exemptions of the FLSA and NYLL.

9.    Plaintiff lacks standing to bring claims under the NYLL §§ 195 (1) and (3).

10.    Plaintiff was compensated for all of the hours that he worked in compliance with the FLSA and NYLL minimum wage, overtime and spread of hours provisions.

11.    With respect to some or all claims brought or allegedly brought by Plaintiff, Defendants affirmatively plead that any acts/omissions which may be found to be in violation of the rights afforded by the FLSA and/or other applicable law occurred in good faith, were based on reasonable factors, and/or were in conformity with relevant laws and regulations.

12.    The Complaint, and each of its causes of action, is barred because Defendants did not engage in any of the wrongful conduct alleged by Plaintiff in the Complaint.

13.    Plaintiff's claims must be dismissed against Defendants as Plaintiff is not a covered

employee under the FLSA or NYLL.

14. Plaintiff's claims must be dismissed against Defendants as Defendants are not covered employers under the FLSA or NYLL.

15. Plaintiff's FLSA claims must be dismissed against Defendants as Defendants did not have an annual gross volume of sales of $500,000.00 or more for any of the years that Plaintiff was employed by Defendants.

16. Any and all actions taken by Defendants were in the exercise of good faith and with reasonable grounds for believing that such actions did not violate the FLSA and/or New York Law, and therefore Plaintiff is not entitled to an award of liquidated damages or any other requested statutory damages.

17. Some or all of the claims asserted in the Complaint are barred by the equitable doctrines of laches, waiver, estoppel and/or unclean hands.

18. Defendants have set offs and claims against any and all amounts allegedly due to Plaintiff.

19. The damages claimed by Plaintiff are barred to the extent they are speculative in nature and because of the impossibility of ascertaining any such damages.

20. Any New York state law claims brought by Plaintiff must be dismissed because of a lack of supplemental jurisdiction over those claims, or, alternatively, the Court should exercise its discretion and not retain supplemental jurisdiction over any New York state law claims.

21. Defendants do not constitute a single enterprise and/or joint employers.

22. Defendants cannot be held responsible under a theory of successor liability for damages, if any, arising out of conduct occurring during periods in which another and/or predecessor entity employed Plaintiff.

23.    Plaintiff's claims are barred and should be dismissed as Plaintiff has failed to name or join an indispensable party or parties to the present action.

24.    Any injury alleged to have been sustained by the Plaintiff was the result of his own actions and was not the proximate result of any act or omission of the answering Defendants.

25.    Plaintiff cannot satisfy the requirements of a collective action under the FLSA or NYLL and some or all of the claims asserted in the Complaint are barred because Plaintiff is not similarly situated to the group of individuals he purports to represent, the existence of which is expressly denied, and/or the members of the group of individuals Plaintiff purports to represent, the existence of which is expressly denied, are not similarly situated to each other.

26.    Plaintiff is an inadequate purported representative of some or all of the alleged group of individuals which he purports to represent, the existence of which is expressly denied.

27.    The types of claims alleged by Plaintiff on behalf of himself and the group of individuals he purports to represent, the existence of which is expressly denied, are matters in which individual questions predominate and, accordingly, are not appropriate for collective treatment.

28.    Defendants reserve the right to plead, assert and rely on all proper affirmative defenses lawfully available, including those which may be disclosed or discovered through further assertions by Plaintiff, or otherwise through discovery.

**WHEREFORE**, Defendants demand judgment dismissing the Complaint in its

entirety, together with such other and further relief as the Court deems just and proper.

Dated:  Syosset, New York
        June 17, 2025

**BELL LAW GROUP, PLLC**

_/s/ Kyle T. Pulis_
Kyle T. Pulis, Esq.
_Attorneys for Defendants_
116 Jackson Avenue
Syosset, New York 11791
(516) 280-3008
kp@belllg.com